UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| CLINTON RILEY, | ) | |
| | ) | |
| Petitioner, | ) | |
| vs. | ) | 1:05-cv-1835-SEB-VSS |
| | ) | |
| STANLEY KNIGHT, | ) | |
| | ) | |
| Respondent. | ) | |

**E N T R Y**

This cause is dismissed for failure to prosecute, a disposition based on the petitioner's failure to supplement his petition for a writ of habeas corpus as directed in the Entry of December 12, 2005.

Judgment dismissing this action without prejudice shall now issue.

**IT IS SO ORDERED.**


Date: 05/26/2006

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana