UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| CLINTON RILEY, | ) | |
| | ) | |
| Petitioner, | ) | |
| vs. | ) | 1:05-cv-1835-SEB-VSS |
| | ) | |
| STANLEY KNIGHT, | ) | |
| | ) | |
| Respondent. | ) | |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**

Date: 05/26/2006

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Clinton Riley
DOC #111204
Pendleton Correctional Facility
P.O. Box 30
Pendleton, IN 46064